[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
March 26, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-14443
Non-Argument Calendar
_____

D. C. Docket No. 03-00221-CR-WS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARIA A. DE LOS ANGELES GARCIA-FLORES, a.k.a.
Maria Garcia,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

**(March 26, 2008)**

BeforeTJOFLAT, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

Gregory Hughes, appointed counsel for Maria De Los Angeles

Garcia-Flores, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

Previously, in United States v. Maria De Los Angeles Garcia-Flores, no. 04-15327, we affirmed Garcia-Flores's convictions for: (1) conspiracy to possess with intent to distribute cocaine, in violation of 21 U.S.C. §§ 846, 841(b)(1)(A); (2) possession with intent to distribute cocaine, in violation of 21 U.S.C. §§ 846, 841(a)(1),(b)(1)(A); and (3) failure to appear in court, in violation of 18 U.S.C. § 3146(a). Although we affirmed the sentence for Garcia-Flores's failure to appear, we vacated her drug trafficking sentences and remanded for resentencing in accordance with United States v. Booker, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). The district court resentenced Garcia-Flores to 188 months imprisonment on both counts, set to run concurrently, followed by 5 years supervised release, and she now appeals the reimposed sentences.

Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and Garcia-Flores's aggregate sentence is **AFFIRMED**.